IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT J. KICKLIGHTER,

    Plaintiff,

v.      CV 214-147

MCINTOSH COUNTY BOARD OF
COMMISSIONERS et al.,

    Defendants.

# ORDER

Presently before the Court is Plaintiff's notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 13.) A review of the docket shows that Defendants have not served an answer or motion for summary judgment. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA